No. 184. FERNÁNDEZ, PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DISTRITO, PONCE, DEMANDADO. — *Certiorari.* Abril 13, 1917. *No ha lugar.*

No. 1151. EL PUEBLO, APELADO, *v.* TORRES, APELANTE.—Acometimiento y agresión grave. Humacao. Abril 16, 1917. *Confirmada la sentencia.*

No. 1154. EL PUEBLO, APELADO, *v.* RAMOS, APELANTE.—Infracción ordenanzas municipales. Humacao. Abril 17, 1917. *Confirmada la sentencia.*

No. 1145. EL PUEBLO, APELADO, *v.* MARTÍNEZ, APELANTE.— Hurto menor. San Juan, Sección 2ª. Abril 19, 1917. *Confirmada la sentencia.*

No. 1147. EL PUEBLO, APELADO, *v.* VEGA, APELANTE.—
No. 1150. EL PUEBLO, APELADO, *v.* PAGÁN, APELANTE.—
No. 1156. EL PUEBLO, APELADO, *v.* GUTIÉRREZ, APELANTE.—
No. 1161. EL PUEBLO, APELADO, *v.* BRAVO, APELANTE.—
No. 1170. EL PUEBLO, APELADO, *v.* MELÉNDEZ, APELANTE.—
Infracción ordenanzas municipales. Ponce. Abril 20, 1917. *Desestimadas las apelaciones por falta de comparecencia.*

No. 1152. EL PUEBLO, APELADO, *v.* OCHART, APELANTE.— Portar armas prohibidas. Humacao. Abril 20, 1917. *Confirmada la sentencia.*

No. 1586. TORRES, APELANTE, *v.* ARBONA, APELADO.—Declaración de sociedad civil. Ponce. Abril 23, 1917. *Desestimada la apelación por falta de alegato.*